United States Court of Appeals
Fifth Circuit
**FILED**
November 19, 2008
Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 07-20618

---

D.C. Docket No. 4:07-CV-2074

United States Courts
Southern District of Texas
FILED
DEC 1 6 2008
Michael N. Milby, Clerk

MICHELE POCHE

          Plaintiff - Appellee

    v.

TEXAS AIR CORPS INC doing business as, CERT Emergency Services

          Defendant - Appellant

Appeal from the United States District Court for the Southern District of Texas, Houston.

Before KING, WIENER, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiff-appellee pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: DEC 1 1 2008

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
      Deputy

New Orleans, Louisiana

DEC 1 1 2008